**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001114
18-MAR-2015
08:25 AM**

NO. CAAP-14-0001114

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

VIDA GARCIA, Plaintiff-Appellant,
v.
ASSOCIATES FINANCIAL SERVICES COMPANY OF HAWAII, INC.,
Defendant-Appellee,
and
JOHN DOES 1-5, JANE DOES 1-5,
DOE PARTNERSHIPS 1-5, DOE CORPORATIONS 1-5,
DOE ENTITIES 1-5, and DOE GOVERNMENTAL UNITS 1-5, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-1110)

ORDER APPROVING THE MARCH 11, 2015
STIPULATION TO DISMISS APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the "Stipulation to Dismiss Appeal Filed September 11, 2014," filed March 11, 2015, by Plaintiff-Appellant Vida Garcia, and the record, it appears that (1) the stipulation is dated and signed by counsel for all parties; (2) the parties seek to dismiss the appeal with prejudice pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b) but the appeal has not been docketed; (3) instead,

dismissal is authorized by HRAP Rule 42(a), which allows parties to file a stipulation to dismiss an appeal before the appeal is docketed; and (4) the parties agree to bear their own costs and attorney's fees on appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice. The parties shall bear their own appellate costs and attorney's fees.

DATED: Honolulu, Hawai'i, March 18, 2015.

Presiding Judge

Associate Judge

Associate Judge